Mina Hakakian (SBN 237666)
Mhakakian@hwlgpc.com
**HAKAKIAN WILLIAMS LAW GROUP PC**
1541 Westwood Blvd., Second Floor
Los Angeles, CA 90024
Telephone: (310) 982-2733

*Attorney for Plaintiff*
*CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE,*
*d/b/a San Jose Neurospine*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE d/b/a San Jose Neurospine,<br><br>*Plaintiff*,<br>v.<br><br>MICROSOFT CORPORATION; BLUE CROSS OF CALIFORNIA d/b/a Anthem Blue Cross; and Does 1 to 15, inclusive,<br><br>*Defendants*. | Case No. 5:26-cv-04326-NC<br><br>*Hon. Nathanael M. Cousins*<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br>Complaint Filed: May 11, 2026 |

Please take notice that Plaintiff California Spine and Neurosurgery Institute d/b/a San Jose Neurospine ("SJN") hereby appeals to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1291 and Rule 4(a)(1) of the Federal Rules of Appellate Procedure from all orders and decisions, including, without limitation, the Order Granting Anthem's and Microsoft's Respective Motions to Dismiss and the Judgment. ECF Nos. 41 & 42.

Pursuant to Ninth Circuit Rule 3-2(b), a Representation Statement is attached hereto.

Respectfully submitted,

**Dated:** October 12, 2026

**HAKAKIAN WILLIAMS LAW GROUP PC**

*By: /s/ Mina Hakakian*

Mina Hakakian
*Attorney for Plaintiff CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE, d/b/a San Jose Neurospine*